UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>PAUL J. MASSEY,<br><br>　　　　　　　Debtor. | Chapter 11<br>Case No. 26-10363-JEB |

**MOTION TO CONTINUE HEARING**
[Application to Employ Madoff & Khoury LLP as Counsel]

David B. Madoff, counsel to Paul J. Massey, Jr. (the "Debtor"), requests a continuance of the hearing scheduled for March 25, 2026 on [5] Application to Employ Madoff & Khoury LLP as Counsel. In support thereof, Mr. Madoff is scheduled for his Section 341 rotation on March 25, 2026.

Respectfully submitted this 24th day of February 2026.

　　　　　　　　　　　　　　　　　　　　PAUL J. MASSEY
　　　　　　　　　　　　　　　　　　　　By his attorney:


　　　　　　　　　　　　　　　　　　　/s/  David B. Madoff
　　　　　　　　　　　　　　　　　　　David B. Madoff (BBO#552968)
　　　　　　　　　　　　　　　　　　　Steffani M. Pelton (BBO#666470)
　　　　　　　　　　　　　　　　　　　MADOFF & KHOURY LLP
　　　　　　　　　　　　　　　　　　　124 Washington Street
　　　　　　　　　　　　　　　　　　　Foxboro, MA 02035
　　　　　　　　　　　　　　　　　　　508-543-0040
　　　　　　　　　　　　　　　　　　madoff@mandkllp.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>PAUL J. MASSEY,<br><br>　　　　　　　　　Debtor. | Chapter 11<br>Case No. 26-10363-JEB |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 24, 2026, he caused copies of the Motion to Continue Hearing to be served by mail, postage prepaid, or by ECF, upon the following parties:

**SERVICE LIST**

Sara Kathryn Jackson on behalf of Assistant U.S. Trustee Richard King - B
sara.kathryn.jackson@usdoj.gov

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

　　　　　　　　　　　　　　　　　　　　/s/  David B. Madoff
　　　　　　　　　　　　　　　　　　　　David B. Madoff (BBO#552968)
　　　　　　　　　　　　　　　　　　　　Steffani M. Pelton (BBO#666470)
　　　　　　　　　　　　　　　　　　　　MADOFF & KHOURY LLP
　　　　　　　　　　　　　　　　　　　　124 Washington Street
　　　　　　　　　　　　　　　　　　　　Foxboro, MA 02035
　　　　　　　　　　　　　　　　　　　　508-543-0040
　　　　　　　　　　　　　　　　　　　　madoff@mandkllp.com